Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-610

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Poppies Melody |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | November 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-594

**Effective Date of Registration:**
September 16, 2024

**Registration Decision Date:**
November 04, 2024

---

## Title
_____

**Title of Work:** Poesie Florale III

## Completion/Publication
_____

**Year of Completion:** 2004
**Date of 1st Publication:** September 01, 2004
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-529

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

## Title
___

**Title of Work:** Indigold XXIII

## Completion/Publication
___

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
___

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
___

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
___



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-516

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Indigold IX

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-420-521

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

## Title
___

**Title of Work:** Indigold VI

## Completion/Publication
___

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
___

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
___

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
___



Lisa Audit

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-420-527**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

Title of Work: Indigold X

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: May 30, 2017
Nation of 1st Publication: United States

## Author

- Author: Lisa Audit
  Author Created: 2-D artwork
  Citizen of: Canada

## Copyright Claimant

Copyright Claimant: Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838
Address: P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-519

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
 

**Title of Work:** A Blue Note II

## Completion/Publication
 

**Year of Completion:** 2014
**Date of 1st Publication:** September 01, 2014
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
 

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions
 

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
 



No. 2

Lisa Audit

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-612

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
      **Title of Work:** A Blue Note III

## Completion/Publication
      **Year of Completion:** 2014
      **Date of 1st Publication:** September 01, 2014
      **Nation of 1st Publication:** United States

## Author
-       **Author:** Lisa Audit
      **Author Created:** 2-D artwork
      **Citizen of:** Canada

## Copyright Claimant
      **Copyright Claimant:** Lisa Audit
      Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
      NY, 10523, United States

## Rights and Permissions
      **Organization Name:** Looking Good Licensing, LLC.
      **Name:** Paul Wheeler, Jr.
      **Email:** paul@lookinggoodlicensing.com
      **Telephone:** (802)362-4882
      **Alt. Telephone:** (860)248-9838
      **Address:** P.O. Box 236
      Manchester, VT 05254 United States

## Certification



fig 19

Lisa Audit

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-888

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title
_____

**Title of Work:** Les Jardin II

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** August 29, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



Garden of

Lisa Audit

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-729

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

## Title
_____

        **Title of Work:** Les Jardin III

## Completion/Publication
_____

        **Year of Completion:** 2005
      **Date of 1st Publication:** April 01, 2005
   **Nation of 1st Publication:** United States

## Author
_____

-         **Author:** Lisa Audit
      **Author Created:** 2-D artwork
        **Citizen of:** Canada

## Copyright Claimant
_____

     **Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

     **Organization Name:** Looking Good Licensing, LLC.
          **Name:** Paul Wheeler, Jr.
          **Email:** paul@lookinggoodlicensing.com
      **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838
       **Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



Fleu

Les JARDIN

Lisa Audit

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-422

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Spiced Nature

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



Lisa Audit

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-422-057

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 14, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Sweet Cupcakes III |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | April 01, 2003 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification

