**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08985

Judge Manish S. Shah

Magistrate Judge M. David Weisman

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | DekHome |
| 27 | Coikll |
| 41 | JLXart |
| 56 | lIg-ht 7-14 days Delivery |
| 67 | MUOUCTE |
| 82 | ingbags |
| 96 | Fnyoxu |
| 97 | ZToonmas |
| 99 | LILIzhenout |
| 101 | Apmemiss (USA) |
| 102 | JilgTeok |
| 104 | Lenkho |
| 106 | LiangXin |
| 107 | xixinqiwan |
| 108 | EGYMEN |
| 109 | ChenBinLoM |
| 111 | cherybn |
| 114 | wzxpwt |
| 115 | LLIIVVEE Fast Delivery |

| | |
|---|---|
| 116 | toanti |
| 117 | Oneshrt sales promotion |
| 120 | BASKE.CLD |
| 123 | BUYSIS TRADE |
| 127 | J7GV |
| 134 | Ylsvt |
| 142 | Haimni |
| 144 | dabailunkeji |
| 150 | Just 4U |
| 152 | Leke |
| 155 | luolangdi |
| 166 | Hanifel |
| 168 | Treasa |
| 172 | kedijiadianzi |
| 176 | hongsidarui |
| 179 | sailesiti |
| 180 | Yafix |
| 190 | Choose Me |
| 194 | Kids And Adult Clothing |

DATED: September 17, 2025

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

           */s/ Keith A. Vogt*
           Keith A. Vogt